IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO.  2:04-CR-117-T |
| | ) | (WO) |
| MICHAEL REYNOLDS | ) | |

O R D E R

    Upon consideration of the Motion for Leave to Dismiss the Indictment without prejudice (Doc. No. 56) as to Michael Reynolds, heretofore filed in the above styled cause, and for good cause shown, the Court is of the opinion that the motion should be and the same hereby is granted.  It is, therefore, CONSIDERED, ORDERED, ADJUDGED AND DECREED by the Court that said motion be and the same is hereby granted.

    DONE this 7th day of October, 2005.

                                                     /s/ Myron H. Thompson
                                       UNITED STATES DISTRICT JUDGE


DISMISSAL OF INDICTMENT

    Comes now the United States of America with leave of the Court first had and obtained and dismisses the Indictment without prejudice heretofore filed in the above styled cause as to Michael Reynolds.

                                       Respectfully submitted,

                                       LEURA GARRETT CANARY
                                       UNITED STATES ATTORNEY


                                       /s/ Kent B. Brunson
                                       KENT B. BRUNSON
                                       Assistant United States Attorney
                                       One Court Square, Suite 201
                                       Montgomery, Alabama 36104
                                       Telephone: (334) 223-7280
                                       Fax: (334) 223-7135
                                       E-mail: kent.brunson@usdoj.gov